

1

2

3

4                                    **FILED: 12/5/12**

5                                     JS - 6

6

7

8                **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   *Mara Khayan*,                    )    **CASE NO. CV 12-3520-GHK (VBKx)**
                                        )
12                **Plaintiff,**        )    **JUDGMENT**
                                        )
13              **v.**                  )
                                        )
14   *Bank of America, N.A., et al.*    )
                                        )
15              **Defendants.**         )
     _____)
16

17       Pursuant to the Court's September 25, 2012 Order, IT IS HEREBY ADJUDGED

18   that Plaintiff Mara Khayan's ("Plaintiff") claims against Chase Bank USA, N.A. and FDS

19   Bank (erroneously sued as Macy's Corporate Services, Inc.) are **DISMISSED with**

20   **prejudice**.  Pursuant to the Court's October 22, 2012 Order, IT IS HEREBY

21   ADJUDGED that Plaintiff's claims against Defendants (1) Bank of America, N.A; (2)

22   HSBC Bank USA, N.A.; (3) Wells Fargo Bank and Wells Fargo Financial, Inc.; (4)

23   Citibank, N.A.; and (5) State Farm Financial Services are **DISMISSED with prejudice.**

24   Pursuant to the same October 22, 2012 Order, IT IS HEREBY ADJUDGED that

25   Plaintiff's claims against Defendants (1) Department Stores National Bank; (2) US Bank,

26   N.A.; (3) Verizon Wireless, Inc., and (4) Victoria's Secret, Inc. are **DISMISSED without**

27   **prejudice**.  Pursuant to the Court's December 5, 2012 Order, IT IS HEREBY

28   ADJUDGED that Plaintiff's claims against Defendants GE Capital Retail Bank (fka GE

1  Money Bank) and Discover Products, Inc. (erronerously sued as Discover Financial

2  Services, LLC) are **DISMISSED with prejudice**.

3       **IT IS SO ORDERED**.

4       DATED: December 5, 2012

5                          _____

6                          GEORGE H. KING
                   Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28